NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GALILEO HOSPITALITY GROUP, INC.;　)
CHAD WIDENER; and ELIZABETH　　　)
WIDENER,　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Appellants,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　Case No. 2D18-3242
　　　　　　　　　　　　　　　　　　)
NEW ENGLAND ANTIQUITIES OF　　　)
SARASOTA, INC.,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Appellee.　　　　　　　　　)
_____ )

Opinion filed November 22, 2019.

Appeal from the Circuit Court for Sarasota
County; Frederick P. Mercurio, Judge.

Joseph M. Herbert of Gurley & Associates,
Sarasota, for Appellants.

Steele T. Williams of Steele T. Williams,
P.A., Sarasota, for Appellee.


PER CURIAM.


　　　　　Affirmed.


CASANUEVA, VILLANTI, and SMITH, JJ., Concur.